**Order filed May 22, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00316-CR

_____

**WILLIAM ERRON DUNLAP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1366222**

## ORDER

Appellant is represented by retained counsel, Tucker Graves. No reporter's record has been filed in this case. B.J. Orsack, the official court reporter, informed this court that appellant had not made payment arrangements for the reporter's record. On April 29, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

Appellant's retained counsel, **Tucker Graves**, is ordered to file a brief in this appeal without the benefit of the reporter's record on or before **June 23, 2014**. If Tucker Graves does not timely file the brief as ordered, the court will order the trial court to conduct a hearing to determine the reason for the failure to file the brief, including consideration of the imposition of sanctions or other appropriate relief.

PER CURIAM